ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

6

7

8                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10

11  In Re:                          )  Chapter 13
                                    )
12  HILARIO OLVERA                  )  Case No. 05-58074 RLE
                                    )
13                                  )
                                    )  **NOTICE OF UNCLAIMED DIVIDEND**
14                   Debtor         )
                                    )
15  _____)

16  TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

17      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above
    referenced case hereby turns over to the Court, Check # 2467836 for an unclaimed dividend
18  in the amount of $102.94.  The name and address of the claimant entitled to the unclaimed
    dividend is as follows;
19

20      Claim # 5        REVCARE INC
                         5400 ORANGE AVE #C
21                       CYPRESS, CA  90630

22

23  Dated: May 04, 2010        _____
24                             DEVIN DERHAM-BURK, TRUSTEE
25

26

27

28